I write only to address the penalty phase of the trial. This Court must determine "whether death was the proper sentence in the case." Ala. Code 1975, § 13A-5-53(a). The jury returned aunanimous verdict recommending life imprisonment without the possibility of parole. See Smith v. Schulte, 671 So.2d at 1334 (Houston, J., dissenting); Ex parte Jackson, 672 So.2d 810
(Ala. 1995), cert. denied, Jackson v. Alabama, ___ U.S. ___,116 S.Ct. 2505, 135 L.Ed.2d 195 (1996) (Houston, J., concurring in the result); Ex parte Giles, 632 So.2d 577, 587
(Ala. 1993), cert. denied, Giles v. Alabama, 512 U.S. 1213,114 S.Ct. 2694, 129 L.Ed.2d 825 (1994) (Houston, J., concurring in the result); and Henderson v. Alabama Power Co., 627 So.2d 878
(Ala. 1993) (Houston, J., dissenting, at 904-14).